UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Ashton Krukowski,<br><br>　　　　　　Petitioner<br><br>　v.<br><br>State of Nevada,<br><br>　　　　　　Respondent | Case No. 2:25-cv-01796-JAD-MDC<br><br>**Order Dismissing Case** |

　　Petitioner Ashton Krukowski appears to have attempted to commence a *pro se* 28 U.S.C. § 2254 petition for writ of habeas corpus,[1] but he did not file an application to proceed *in forma pauperis* or pay the $5.00 filing fee as required.[2] So this case is subject to dismissal without prejudice because it is improperly commenced.

　　Krukowski's failure to update his address with this court provides a second basis to dismiss this case. The Clerk of Court sent a notice to Krukowski dated September 23, 2025, that advised him that the court had received his papers and assigned this case number.[3] That notice was served on Krukowski at his address of record, which was then the Clark County Detention Center.[4] But the notice was returned with the notation "Return to Sender, Attempted Not Known, Unable to Forward."[5] This court's local rules require *pro se* parties like Krukowski to

---

[1] *See* ECF No. 1-1.
[2] 28 U.S.C. § 1915(a)(2); Local Rule LSR1-2.
[3] ECF No. 2.
[4] *See id*.
[5] *See* ECF No. 9.

immediately file with the court written notification of any change of mailing address or email address.[6]

For these reasons, IT IS ORDERED that **this habeas case is DISMISSED** without prejudice as improperly commenced and for failure to update address, and any **pending motions [ECF Nos. 1-2, 1-3] are denied as moot.** A certificate of appealability will not issue because jurists of reason would not find the dismissal of this case without prejudice as improperly commenced debatable or incorrect. **The Clerk of Court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
October 21, 2025

---

[6] *See* LR IA 3-1.